501 A.2d 633

**COMMONWEALTH of Pennsylvania**

**v.**

**Edward George JORGENSON, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 10, 1985.

Petition for Allowance of Appeal GRANTED, No. 160 E.D. Appeal Docket 1985.